Thomas Norkus and Josephine Norkus, Plaintiffs-Appellees, v. Morris Litberg, Frozen Baker, Inc., and Exchange National Bank of Chicago, a Corporation [sic] Defendants.
The Exchange National Bank of Chicago, a National Banking Association, Defendant-Appellant.

Gen. No. 47,747. 

First District, Second Division.

June 23, 1959.

Released for publication July 23, 1959.

Brown, Dashow & Langeluttig (Albert Langeluttig, Jack Joseph, of counsel) for defendant-appellant; no brief filed for appellees. Opinion by JUSTICE KILEY. Not to be published in full.